IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

In re:                          :
                                :
OLYMPIC MILLS CORP.             :
                                :    Case No.: 01-13021 (BKT)
                                :
                                :    Chapter : 07 (Asset)
Debtor                          :
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

TRUSTEE'S REPORT ON UNCLAIMED MONEYS
AND TRANSFER OF SAID FUNDS TO THE CLERK

TO THE HONORABLE COURT:

Comes now, John A. Zerbe, duly appointed, qualified and acting trustee and pursuant to 11 USC 347(a) and Title 28 (i.e. #2042) reports the following:

1. An order of Final Distribution was entered by this Court, checks were issued accordingly, and the required time has elapsed for the cancellation of same.

2. To date the bank account of this estate attached herein reflects that the sum of $313,654.60 is still on deposit representing unclaimed moneys due to the following listed creditor:

| Creditor's Name & Address | Amount Unclaimed |
|---|---|
| WESTERNBANK PR | $313,654.60 |
| Ronald Rosenbaum, Esq. | |
| 414 Munoz Rivera Ave. | |
| San Juan, PR 00918 | |

WHEREFORE, the trustee hereby reports that he has issued a check representing unclaimed moneys in the amount of $313,654.60 payable to the Clerk, U.S. Bankruptcy Court, in order to reduce the estate's bank account to "0".

RESPECTFULLY SUBMITTED in San Juan, Puerto Rico this 8th day of March 2011.

I HEREBY CERTIFY that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of said filing to parties appearing in said system.

                          /s/ J. Zerbe
                    John A. Zerbe, Trustee
                    165 Ave. De Diego
                    Urb. San Francisco
                    Rio Piedras, PR 00927
                    (787) 765-8877

CONSULTA DE MOVIMIENTOS DE UNA CUENTA        03/09/2011

Cuenta 00040000003003975044  Moneda USD  CONSULTA POR TODOS

Fecha desde  Movimientos desde      Cantidad desde          Cheque desde

Fecha hasta  Movimientos hasta      Cantidad hasta          Cheque hasta

Código operación

| F. extracto | F. efectiva | Descripción operación | Cantidad | Número cheque | Balance contable |
|---|---|---|---|---|---|
| 03/01/2011 | 03/01/2011 | AVISO DE CREDITO | 16.08 | 000000000000000 | 313,654.60 |
| 01/21/2011 | 01/21/2011 | AVISO DE DEBITO | -17.43 | 000000000000000 | 313,638.52 |
| 12/21/2010 | 12/21/2010 | DIAS - INT | 17.43 | 000000000000000 | 313,655.95 |
| 12/21/2010 | 12/21/2010 | AVISO DE DEBITO | -69.77 | 000000000000000 | 313,638.52 |
| 11/30/2010 | 12/01/2010 | 032 DIAS - INT EN 313,680.41 | 27.88 | 000000000000000 | 313,708.29 |
| 10/29/2010 | 10/30/2010 | 029 DIAS - INT EN 320,364.72 | 25.81 | 000000000000000 | 313,680.41 |
| 10/07/2010 | 10/07/2010 | CHEQUE PAGADO | -285.30 | 000000000000239 | 313,654.60 |
| 10/07/2010 | 10/07/2010 | CHEQUE PAGADO | -29,230.28 | 000000000000240 | 313,939.90 |
| 10/06/2010 | 10/06/2010 | CHEQUE PAGADO | -3,500.00 | 000000000000237 | 343,170.18 |
| 09/30/2010 | 10/01/2010 | 030 DIAS - INT EN 192,919.40 | 16.08 | 000000000000000 | 346,670.18 |
| 09/30/2010 | 09/30/2010 | CANCELACION CD 005004569573 | 159,035.90 | 000000000000000 | 346,654.10 |
| 08/31/2010 | 09/01/2010 | 032 DIAS - INT EN 187,601.52 | 16.68 | 000000000000000 | 187,618.20 |
| 07/30/2010 | 07/31/2010 | 030 DIAS - INT EN 187,585.89 | 15.63 | 000000000000000 | 187,601.52 |
| 06/30/2010 | 07/01/2010 | 033 DIAS - INT EN 187,568.70 | 17.19 | 000000000000000 | 187,585.89 |
| 05/28/2010 | 05/29/2010 | 028 DIAS - INT EN 187,554.11 | 14.59 | 000000000000000 | 187,568.70 |
| 04/30/2010 | 05/01/2010 | 030 DIAS - INT EN 187,538.48 | 15.63 | 000000000000000 | 187,554.11 |
| 03/31/2010 | 04/01/2010 | 033 DIAS - INT EN 187,495.51 | 42.97 | 000000000000000 | 187,538.48 |
| 02/26/2010 | 02/27/2010 | 028 DIAS - INT EN 187,459.06 | 36.45 | 000000000000000 | 187,495.51 |
| 01/29/2010 | 01/30/2010 | 029 DIAS - INT EN 32,785.52 | 6.60 | 000000000000000 | 187,459.06 |
| 01/27/2010 | 01/27/2010 | DEPOSITO | 160,190.76 | 000000000000000 | 187,452.46 |

Preparado por:  W23LGO